| | |
|---|---|
| 1 | **KNIGHT LAW GROUP LLP** |
| 2 | Steve Mikhov (SBN 224676) |
|   | stevemusfc@knightlaw.com |
| 3 | 10250 Constellation Blvd., Suite 2500 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 552-2250 |
| 5 | Fax: (310) 552-7973 |
| 6 | |
| 7 | Attorneys for Plaintiff, |
|   | **DAVID WILLIAM BLAQUERA** |
| 8 | |
|   | **ONGARO PC** |
| 9 | Scott S. Shepardson (SBN 197449) |
| 10 | sshepardson@ongaropc.com |
|    | Stephen Grimsrud (SBN 200153) |
| 11 | sgrimsrud@ongaropc.com |
| 12 | 1604 Union Street |
|    | San Francisco, CA 94123 |
| 13 | Telephone: (415) 433-3900 |
| 14 | Attorneys for Defendant, |
|    | **FCA US LLC** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WILLIAM BLAQUERA,  Plaintiff,  v.  **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**  Defendants. | CASE NO : 2:17-cv-03382-MRW  **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**  Honorable Judge Michael R. Wilner |

**ORDER**

-1-
[PROPOSED ORDER] GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

-2-

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 15, 2020

_____

HONORABLE JUDGE MICHAEL R. WILNER